UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20- 01346 |
| ) | |
| ONE 2013 NISSAN ALTIMA, ) | |
| VIN: 1N4BL3AP2DC122169 ) | |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Colin Wood, Special Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: One 2013 Nissan Altima, VIN: 1N4BL3AP2DC122169 (hereinafter Adefendant property@), for violations of 18 U.S.C. 1956(a)(1).

### THE DEFENDANT IN REM

2. The defendant property consists of: One 2013 Nissan Altima, VIN: 1N4BL3AP2DC122169 that was seized by the Federal Bureau of Investigation on or about January 2, 2020 on I-70 in Thomas County, in the District of Kansas during the arrest of a

Topeka bank robbery suspect. The vehicle is currently in the custody of the Federal Bureau of Investigation.

## JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. ' 1345, and over an action for forfeiture under 28 U.S.C. ' 1355.

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. ' 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. ' 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. ' 1395, because the defendant property is located in this district.

## BASIS FOR FORFEITURE

6. The defendant property is subject to forfeiture pursuant to 18 U.S.C. ' 981(a)(1)(C) because it was purchased with the proceeds of an federal bank robbery, such purchase constituting a financial transaction also known as money laundering pursuant to 18 U.S.C. § 1956(a)(1).

7. Supplemental Rule G(2)(f) requires this complaint to state *sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial*. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the properties; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

_/s/ Colin Wood_

COLIN D. WOOD, #19800
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax (316) 269-6484

## DECLARATION

I, Patrick Salmon, Task Force Officer, Federal Bureau of Investigation in the District of Kansas.

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of December, 2020.

TFO Patrick Salmon
FBI

## AFFIDAVIT

I, Patrick A. Salmon, being first duly sworn, depose and state:

1. Your Affiant has been employed as a Police Officer with the Topeka Police Department (TPD) since October of 2000 and has been cross-designated as a Task Force Officer with the Federal Bureau of Investigation (FBI) since 2013. My duties include investigation of violations of the Title 18 and Title 21 of the United States Code and the forfeitures thereto.

2. The information contained in this affidavit is known to your Affiant through personal direct knowledge, and /or through a review of official reports prepared by other law enforcement personnel. This affidavit is submitted in support of a forfeiture proceeding.

3. On December 28, 2019, Topeka Police Department (TPD) officers responded to an armed robbery at the Intrust Bank located at 1035 Southwest Topeka Boulevard Topeka, in the District of Kansas. Loss was in excess of $10,000.00 in currency.

4. On December 31, 2019, the follow up investigation identified the robber as Shawn Whitmore. A federal arrest warrant was issued for Whitmore.

5. On January 2, 2020, Kansas Highway Patrol Troopers arrested Whitmore on I-70 in Thomas County, in the District of Kansas. Also seized as evidence at the scene was the vehicle that Whitmore was driving: a 2013 Nissan Altima, VIN 1N4BL3AP2DC122169.

6. Also on January 2, 2020, Topeka PD detectives learned that the 2013 Nissan Altima had been purchased on December 30, 2019 from Harrison Motors, in Topeka, Kansas, with not less than $9,277.75 in currency given by Shawn Whitmore to his mother for the purchase. The Whitmores put the vehicle's title into only the mother's name.

7. The investigation and interviews have indicated that Shawn Whitmore had no other monies or income at the time of the bank robbery and the vehicle purchase.

WHEREFORE, based upon the forgoing, the undersigned respectfully submits that there is probable cause to believe that the 2013 Nissan Altima was purchased with the proceeds of a specified unlawful activity, to-wit: bank robbery, and that such robbery proceeds were knowingly used to conduct a financial transaction, to-wit: to purchase one 2013 Nissan Altima, VIN 1N4BL3AP2DC122169 with the intent to conceal the nature, source, location, ownership, or control of such robbery proceeds, all pursuant to: 18 U.S.C. §§ 2113(d), 18 U.S.C. § 1956(a)(1), and 18 U.S.C. § 981(a)(1)(C).

_____
Patrick A. Salmon, TFO
FBI

Sworn to and subscribed before me this 9th day of ~~November~~ December, 2020.

SUSAN M. OBREGON
Notary Public - State of Kansas
My Appt. Expires June 6, 2023

_____
Notary Public

My Commission Expires: June 6, 2023